UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIK SANTOS, *et al.*,

            Plaintiffs,

-v-

WRAP-N-RUN LLC, *et al.*,

            Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

No. 09 Civ. 7257 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the initial conference in the above-captioned matter currently scheduled for November 3, 2009 at 9:30 a.m. is rescheduled for the same date at 9:15 a.m.

SO ORDERED.

Dated:      October 20, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE